# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA A. GONZALES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. SACV 13-01516-DDP (JEM)<br><br>J U D G M E N T |

In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and the matter DISMISSED with prejudice.

DATED: May 7, 2015

　　　　　　　　　　　　　　　　　　　　　／s／ Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE